**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1182**

---

In re: DAVID HILL,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia at Alexandria.  (1:01-cr-00191-CMH-1)

---

Submitted:  April 18, 2024                                    Decided:  April 22, 2024

---

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

David Hill, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several postjudgment motions filed in Hill's 28 U.S.C. § 2255 proceeding. *See United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va., PACER Nos. 464-69). Hill seeks an order from this court directing the district court to act. However, upon review, the present record does not reveal undue delay in the district court, especially since, in the interim period, Hill has noted several appeals from other district court orders. Accordingly, we deny the mandamus petition.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] While we deny mandamus relief at this juncture, we encourage the district court to act as expeditiously as possible in this matter.

2